**THIRD DIVISION**
**MILLER, BRANCH and RAY, JJ.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules/

**January 9, 2014**

# In the Court of Appeals of Georgia

A12A1116. JAMES KEMP WILLIAMS v. THE STATE.

RAY, Judge.

In *Williams v. State*, (Case No. S13G0178, decided October 21, 2013), the Supreme Court reversed the judgment of this Court in *Williams v. State*, 317 Ga. App. 658 (732 SE2d 531) (2012). We therefore vacate our opinion and adopt the judgment of the Supreme Court as the opinion of this court.

*Judgment affirmed. Miller and Branch, JJ., concur.*